**Order entered December 6, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01370-CV

## IN RE DANIEL J. PATTERSON, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F98-49486-HU**

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction.

/s/    LANA MYERS
       JUSTICE